# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>                                                          )<br>                    **Plaintiff,**         )<br>                                                          )<br>                    vs.                          )<br>                                                          )<br>**WILLIAM D. SIMPSON,**                )<br>                                                          )<br>                    **Defendant.**         ) | 8:06CR301<br><br>ORDER |

The government's Motion to Continue (Filing No. 25) is granted.

**IT IS ORDERED** that the evidentiary hearing on the Motion for Disclosure (Filing No. 14) and Motion to Suppress (Filing No. 15) is continued to **February 8, 2007 at 2:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 18th day of January, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge