IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:06CR301
                             )
       v.                    )
                             )
WILLIAM D. SIMPSON,          )        ORDER
                             )
            Defendant.       )
_____)
```

       This matter is before the Court on defendant's motion to continue (Filing No. 34). The Court finds said motion should be granted. Accordingly,

       IT IS ORDERED that the Rule 11 hearing is rescheduled for:

       **Tuesday, June 12, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The additional time will give counsel adequate time to complete plea negotiations and will accommodate the Court's schedule. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 24, 2007, and June 12, 2007, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court