IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:06CR301
                               )
      v.                       )
                               )
WILLIAM SIMPSON,               )           ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the stipulation of the parties (Filing No. 55). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 25 to 23. His criminal history category remains at IV. The government and defense agree that his sentence should be reduced to seventy (70) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to seventy (70) months. He shall receive credit for time served.

      2)   The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

      DATED this 18th day of February, 2010.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court