IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR301 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SIMPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 80). The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED that the hearing on the petition for warrant of summons for offender under supervision (Filing No. 68) is rescheduled for:

**Wednesday, November 16, 2016, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 19th day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court